JS-6

1  Randall J. Sunshine, Esq. (SBN: 137363)
       rsunshine@linerlaw.com
2  Angela C. Agrusa, Esq. (SBN: 131337)
       aagrusa@linerlaw.com
3  Allen P. Lohse, Esq. (SBN: 236018)
       alohse@linerlaw.com
4  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
7
   Attorneys for Defendant
8  BPG HOME WARRANTY COMPANY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEPHANIE NEWPORT, an individual, on her own behalf and on behalf of all others similarly situated,<br><br>  Plaintiff,<br>  v.<br><br>BPG HOME WARRANTY COMPANY, and DOES 1-100, inclusive,<br><br>  Defendants. | Case No. 2:12-cv-07252-MMM (AGRx)<br><br>[Hon. Margaret M. Morrow]<br><br>**[~~PROPOSED~~] ORDER REMANDING CASE** |

1  Upon consideration of the parties' stipulation to remand this action, it is
2  hereby ordered that this action is **REMANDED** to the Superior Court of the State of
3  California, County of Los Angeles.  Each party shall bear her or its own costs and
4  attorney fees incurred in connection with the removal and other proceedings in this
5  Court.
6  **IT IS SO ORDERED.**
7
8  Dated:  September 18, 2012
   
   Hon. Margaret M. Morrow
9  Judge, United States District Court

Case No.  2:12-cv-07252-MMM (AGRx)
[PROPOSED] ORDER REMANDING CASE

41386/001/ 1002357v1.3