JS-6

1  Randall J. Sunshine, Esq. (SBN: 137363)
       rsunshine@linerlaw.com
2  Angela C. Agrusa, Esq. (SBN: 131337)
       aagrusa@linerlaw.com
3  Allen P. Lohse, Esq. (SBN: 236018)
       alohse@linerlaw.com
4  LINER GRODE STEIN YANKELEVITZ
   SUNSHINE REGENSTREIF & TAYLOR LLP
5  1100 Glendon Avenue, 14th Floor
   Los Angeles, California 90024-3503
6  Telephone:  (310) 500-3500
   Facsimile:  (310) 500-3501
7
   Attorneys for Defendant
8  BPG HOME WARRANTY COMPANY

9              **UNITED STATES DISTRICT COURT**

10             **CENTRAL DISTRICT OF CALIFORNIA**

11

12 STEPHANIE NEWPORT, an individual,   ) Case No. 2:12-cv-07252-MMM
   on her own behalf and on behalf of all ) (AGRx)
13 others similarly situated,            )
                                         ) [Hon. Margaret M. Morrow]
14           Plaintiff,                  )
        v.                               ) **[PROPOSED] ORDER**
15                                       ) **REMANDING CASE**
   BPG HOME WARRANTY COMPANY,            )
16 and DOES 1-100, inclusive,            )
                                         )
17           Defendants.                 )
                                         )
18

19

20

21

22

23

24

25

26

27

28

                                          Case No.  2:12-cv-07252-MMM (AGRx)
                      [PROPOSED] ORDER REMANDING CASE
41386/001/ 1002357v1.3

1  Upon consideration of the parties' stipulation to remand this action, it is
2  hereby ordered that this action is **REMANDED** to the Superior Court of the State of
3  California, County of Los Angeles. Each party shall bear her or its own costs and
4  attorney fees incurred in connection with the removal and other proceedings in this
5  Court.
6  **IT IS SO ORDERED.**

8  Dated: September 18, 2012

*Margaret M. Morrow*
Hon. Margaret M. Morrow
Judge, United States District Court

Case No. 2:12-cv-07252-MMM (AGRx)
[PROPOSED] ORDER REMANDING CASE

41386/001/ 1002357v1.3